NANCY L. BENNETT et al., Appellants, and INCORPORATED VILLAGE OF LAKE GROVE, Intervenor-Appellant, v. CHARLES W. BARRAUD et al., Constituting the Town Board of the Town of Brookhaven, Respondents, and HARWOOD HOMES, INC., Intervenor-Respondent.—

No opinion. Hopkins, Acting P. J., Munder, Martuscello, Brennan and Benjamin, JJ., concur.